**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |
|---|---|
| KUMAR INDUSTRIES AND BAJAJ HEALTHCARE LIMITED<br><br>        Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>        Defendant. | Court No. 25-00081 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to U.S. Court of International Trade ("USCIT") Rule 56.2, the parties to this action have consulted and respectfully submit the following Joint Status Report and proposed briefing schedule.

**JOINT STATUS REPORT**

**1. Does the Court have jurisdiction over the action?**

Plaintiffs contest various aspects of the final results of the U.S. Department of Commerce in its administrative review of Glycine from India. *See Glycine from India: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 90 Fed. Reg. 15689 (April 15, 2025). Accordingly, Plaintiffs submit that this Court has jurisdiction pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1581(c). Defendant and Defendant-Intervenor are unaware of any basis upon which to challenge the Court's jurisdiction at this time.

1

2. **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties submit that the case should not be consolidated with any other case, nor should any portion of the case be severed.

3. **Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reasons for such deferral?**

The parties do not know of any reason to defer further proceedings in this case pending consideration of another case before this Court or any other tribunal.

4. **Should the Court be aware of any other information at this time?**

The parties do not know of any additional information of which the Court should be aware at this time.

<u>**JOINT PROPOSED BRIEFING SCHEDULE**</u>

All parties to this action have consulted and agreed to the following proposed briefing schedule, for which a proposed order is submitted forthwith:

| Filing | Deadline | Word Limit |
| --- | --- | --- |
| Plaintiffs' Rule 56.2 Motion and Brief | October 5, 2025 | 14,000 |
| Defendant's Response Brief | December 19, 2025 | 14,000 |
| Defendant-Intervenor's Response Brief | January 15, 2026 | 10,500 |
| Plaintiffs' Reply Brief | February 16, 2026 | 7,000 |
| Joint Appendix | February 23, 2026 | N/A |
| Motion for Oral Argument | March 6, 2026 | N/A |

Respectfully submitted,


/s/ Alexander D. Keyser
Lizbeth R. Levinson
Brittney R. Powell
Alexander D. Keyser

FOX ROTHSCHILD LLP
2020 K Street,
NW Suite 500
Washington, DC  20006
Tel: (202) 794-1183
Email: akeyser@foxrothschild.com

*Counsel to Plaintiff Kumar Industries and
Bajaj Healthcare Limited*


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

OF COUNSEL:                           s/ Collin T. Mathias
Samuil Agranovich                     COLLIN T. MATHIAS
Attorney                              Trial Attorney
U.S. Department of Commerce           U.S. Department of Justice
Office of the Chief Counsel for Trade Civil Division
Enforcement and Compliance            Commercial Litigation Branch
1401 Constitution Avenue, NW          PO Box 480
Washington, DC 20044                  Ben Franklin Station
                                      Washington, DC 20230
                                      Tel: (202) 307-0315
                                      Email: collin.t.mathias@usdoj.gov

                                      Attorneys for Defendant

3

/s/ *David M. Schwartz*
David M. Schwartz
Kerem Bilge
Meixuan (Michelle) Li
Aaron Charles Mandelbaum

Thompson Hine LLP
1919 M Street, NW
Suite 700
Washington, DC 20036
Tel: 202.263.4170
Email: david.schwartz@thompsonhine.com

*Attorney for Defendant-Intervenor*

Dated: July 7, 2025