**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| KUMAR INDUSTRIES and BAJAJ HEALTHCARE LIMITED<br><br>     Plaintiffs,<br><br>          v.<br><br>THE UNITED STATES,<br><br>     Defendant. | Before: Jennifer Choe-Groves, Judge<br> Court No. 25-00081 |

**ORDER**

Upon consideration of the parties' joint proposed briefing schedule and pursuant to U.S. Court of International Trade ("USCIT") Rules 16 and 56.2, it is hereby ORDERED that the briefing of this action shall proceed in accordance with the schedule set forth below:

| Filing | Deadline | Word Limit |
|---|---|---|
| Plaintiffs' Rule 56.2 Motion and Brief | October 5, 2025 | 14,000 |
| Defendant's Response Brief | December 19, 2025 | 14,000 |
| Defendant-Intervenor's Response Brief | January 15, 2026 | 10,500 |
| Plaintiffs' Reply Brief | February 16, 2026 | 7,000 |
| Joint Appendix | February 23, 2026 | N/A |
| Motion for Oral Argument | March 6, 2026 | N/A |

Further, the brief filed by Defendant-Intervenor should not repeat arguments made in earlier filed briefs. The provisions regarding the calculation and certification of the word count contained in the Standard Chambers Procedures shall govern except as otherwise indicated in this Order.

1

_____

Jennifer Choe-Groves, Judge

Dated: _____, 2025

New York, New York