## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: The Honorable Jennifer Choe-Groves, Judge**

| | |
|---|---|
| KUMAR INDUSTRIES AND BAJAJ HEALTHCARE LIMITED<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    Defendant.<br><br>    And<br><br>DEER PARK GLYCINE, LLC<br><br>Defendant-Intervenor. | Court No. 25-00081 |

## PLAINTIFFS' SUPPLEMENTAL JOINT APPENDIX

On behalf of Plaintiffs Kumar Industries and Bajaj Healthcare Limited, and in accordance with the United States Court of International Trade's request dated June 2, 2026, we hereby submit a Supplemental Joint Appendix.

On April 20, 2026, Plaintiffs filed the confidential and non-confidential versions of the Joint Appendix to the United States Court of International Trade via CM/ECF in a timely manner.  On June 2, 2026, counsel was notified by the Clerk's Office that the submitted Joint Appendix submitted was missing the following documents: Exhibits A-5(D), A-5(E), and A-5(H) of Appendix 4 of Initial Questionnaire Responses; Exhibit 6 of Appendix 9 – GEO's Comments in Response to Initial Questionnaire Responses; Appendix 12 (First Supplemental Questionnaire Responses (Apr. 1, 2024) (Narrative responses)); Appendix 15 (Second

1

186188175.1

Supplemental Questionnaire (Unredacted)); Appendix 23 (Third Supplemental Questionnaire (Unredacted)); and Appendix 30 (AFA Memo (Unredacted)).

In the Supplemental Joint Appendix, Plaintiffs have added Exhibits A-5(D), A-5(E), and A-5(H) of Appendix 4 of Initial Questionnaire Responses, Exhibit 6 of Appendix 9 – GEO's Comments in Response to Initial Questionnaire Responses; Appendix 12 (First Supplemental Questionnaire Responses (Narrative responses)); Appendix 15 (Second Supplemental Questionnaire); Appendix 23 (Third Supplemental Questionnaire); and Appendix 30 (AFA Memo).

Thank you for your attention to this matter.

*/s/ Brittney R. Powell*
Lizbeth R. Levinson
Brittney R. Powell

FOX ROTHSCHILD LLP
2020 K Street,
NW Suite 500
Washington, DC  20006
Tel: (202) 794-1182

Email: bpowell@foxrothschild.com

Dated: June 5, 2026

2